UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAKEE SHAKIR,

                    Plaintiff,

      v.

RICHARD ADAMS

                  Defendant.

Case No. C18-1333-RSL-JPD

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE AN AMENDED
COMPLAINT

Plaintiff, an inmate at the King County Jail in Kent, Washington, is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. The present matter comes before the Court on plaintiff's filed amended complaint. Dkt. 24.

Plaintiff moved for leave to amend his complaint to add the Federal Way Police Department as a defendant. Dkt. 14. Defendant argued plaintiff's motion should be denied because plaintiff failed to attach a copy of the proposed amended complaint as an exhibit to the motion as required by LCR 15. Dkt. 16 at 2. The Court denied plaintiff's motion without prejudice because it failed to comply with LCR 15 and gave plaintiff thirty days to refile a motion for leave to amend his complaint in accordance with LCR 15. Dkt. 21.

ORDER
PAGE - 1

1

Plaintiff filed the instant amended complaint on February 6, 2019. Dkt. 24. The Court

2 construes plaintiff's amended complaint as a request for leave to amend his complaint.

3 Accordingly, the Court GRANTS plaintiff's motion for leave to file an amended complaint and

4 this case will proceed based upon plaintiff's amended complaint, Dkt. 24.

5

The Clerk is directed to send copies of this Order to both parties and to the Honorable

6 Robert S. Lasnik.

7

8

DATED this 22nd day of February, 2019.

9

10

11

_____
JAMES P. DONOHUE
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23