UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAKEE SHAKIR,

          Plaintiff,

   v.

RICHARD ADAMS, *et al.*,

          Defendants.

Case No. C18-1333 RSL-MLP

ORDER DENYING PLAINTIFF'S MOTION TO RESPOND TO DEFENDANTS' ANSWER

      Plaintiff Zakee Shakir, who is proceeding *pro se* and *in forma pauperis*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. # 24.) On March 4, 2019, Defendants filed an answer. (*Id.* at 29.) On March 18, 2019, Plaintiff filed a motion to respond to Defendants' answer. (*Id*. at 36.) After careful consideration of Plaintiff's motion, the amended complaint, Defendants' answer, the governing law, and the balance of the record, the Court DENIES Plaintiff's motion.

      A response to an answer to a civil complaint is not a proper pleading and is only permitted when specifically ordered by the Court. *See* Fed. R. Civ. P. 7(a)(7). The Court sees no need for a response to be filed by Plaintiff and, thus, denies Plaintiff's motion. Plaintiff will have an opportunity to litigate the substance of his claims later in this action.

ORDER DENYING PLAINTIFF'S MOTION TO
RESPOND TO DEFENDANTS' ANSWER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 20th day of March, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge